# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH STEVEN GACHA, JR.,** | : | CIVIL ACTION NO. 1:13-CV-0616 |
| | : | |
| Petitioner | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **JOSEPH MAZURKIEWICZ,** | : | |
| **ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PENNSYLVANIA,** | : | |
| | : | |
| Respondents | : | |

## ORDER

AND NOW, this 24th day of October, 2013, upon consideration of petitioner's "motion for favorable judgment" (Doc. 17), wherein he seeks to have respondents' response stricken as untimely because he did not receive notice of respondents' motion for an enlargement of time (Doc. 10), and it appearing that the motion for enlargement was served on petitioner (Doc. 10, at 3), and that the response was filed within the time frame provided by this Court (Doc. 13), it is hereby ORDERED that petitioner's motion (Doc. 17) is DENIED. It is further ORDERED that petitioner's motion to proceed in forma pauperis (Doc. 16) is DENIED as he has paid the $5 filing fee (Doc. 1-2).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania